IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              Case No. 2:12-CR-20010-001

ROGER BATES                                                                   DEFENDANT

and

REGIONS BANK                                                                  GARNISHEE

## AMENDED O R D E R

This Court issued a Writ of Continuing Garnishment directed to Regions Bank, Garnishee, regarding an outstanding judgment debt of $4,200.00 for a criminal judgment entered against Defendant Roger Bates. Pursuant to the aforementioned Writ, Regions Bank filed an Answer acknowledging that it had $1,095.46 in a demand account belonging to Defendant that would be held pending further order of this Court, but that Regions Bank was not otherwise indebted to Defendant or in possession of property of Defendant. On April 23, 2013, this Court entered an Order (Doc. 37) directing Regions Bank, Garnishee, to turn over the $1,095.46 to the Clerk of the Court to be applied in toward Defendant's judgment debt in accordance with the criminal judgment. The United States filed a Motion for Amended Order of Continuing Garnishment (Doc. 38) requesting an installment payment plan, which was granted by the Court.

Accordingly, IT IS HEREBY ORDERED that the funds held by Regions Bank and belonging to Defendant Roger Bates are to be turned over to the United States District Court Clerk for the Western District of Arkansas in monthly payments of $400.00 each for application toward partial satisfaction of Defendant's judgment debt. Each monthly payment should include the

Defendant's name and the case number, 2:12-CR-20010-001, as reference. The Clerk is to distribute the funds as they are received in accordance with this Court's previous criminal judgment (Doc. 28) filed on December 20, 2012. Under this Amended Order and pursuant to 28 U.S.C. § 3205, the Writ of Continuing Garnishment will continue until exhaustion of property in the possession, custody, or control of Regions Bank in which Defendant has a substantial nonexempt interest; satisfaction of the judgment debt with respect to which the Writ is issued; or the Writ is otherwise quashed by court order.

    IT IS SO ORDERED this 30th day of April, 2013.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE